Crosby S. Connolly, (SBN: 286650)
crosby@westcoastlitigation.com
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Juliet Kniley, | Case No: 3:14-cv-05294-WHA |
|---|---|
| Plaintiff, | **JOINT MOTION FOR ORDER CONTINUING DEFENDANT, CITIBANK, N.A.'S APRIL 23, 2015 FED. R. CIV. P. 11(B) MOTION FOR SANCTIONS TO MAY 7, 2015 [LOCAL RULE 7-12]** |
| v. | |
| Citibank, N.A. et al, | |
| Defendants. | **Date: April 23, 2015**<br>**Time: 8:00 AM**<br>**Courtroom: 8, 19th Floor**<br><br>**HON.: WILLIAM ALSUP** |

//
//
//

On December 31, 2014,Plaintiff filed her First Amended Complaint in this matter.  See Dkt. #10.  On or about March 19, 2015, Citibank, N.A. ("Defendant"), filed a Fed R. Civ. P. 11(b) Motion for Sanctions against Plaintiff's counsel.  See Dkt. #41.  Defendant's Fed R. Civ. P. 11(b) Motion for Sanctions is set to heard at 8:00 AM on April 23, 2015.

Plaintiff's counsel, whom plans on being present at the Fed R. Civ. P. 11(b) Motion for Sanctions hearing date, will be in Cancun, Mexico on April 23, 2015, for the wedding of Sara Khosroabadi, an Associate with Plaintiff's counsel's law firm, Hyde & Swigart.  As a result, Plaintiff's counsel will be unable to participate at the  April 23, 2015 Fed R. Civ. P. 11(b) Motion for Sanctions hearing date. Similarly, counsel for Defendant will be attending a family wedding the following week in Florida.  Accordingly, the soonest available date for the parties is May 7, 2015.

Plaintiff and Defendant, by and through their counsel, hereby stipulate to a continuance of Defendant's April 23, 2015 Fed R. Civ. P. 11(b) Motion for Sanctions hearing date to May 7, 2015,at 8:00 AM, in accordance with Your Honor's scheduling notes, and respectfully request an Order approving these circumstances.

WHEREFORE, for the foregoing reasons, the parties respectfully request an Order approving the Parties stipulation and a continuance of Defendant's Fed R. Civ. P. 11(b) Motion for Sanctions hearing date to May 7, 2015.

**Stroock & Stroock & Lavan LLP**

Date: April 7, 2015     By:/s/ Raymond A. Garcia, Esq.
                           Raymond A. Garcia
                           Attorneys for Defendant,
                           Citibank, N.A.

**Hyde & Swigart**

Date: April 7, 2015                            By: /s/ Crosby S. Connolly
                                                   Crosby S. Connolly
                                                   Attorneys for Plaintiff,
                                                   Juliet Kniley

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Raymond A. Garcia, counsel for Defendant, and that I have obtained Mr. Garcia's authorization to affix his electronic signature to this document.

Dated: April 7, 2015                           **HYDE & SWIGART**

                                                By:  /s/ Crosby S. Connolly
                                                   Crosby S. Connolly
                                                   Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

   1.   Defendant, Citibank, N.A.'s April 23, 2015 Fed R. Civ. P. 11(b) Motion for Sanctions hearing date is rescheduled to May 7, 2015 at ~~8:00 AM~~.   2:00 P.M.

Date:  April 13, 2015.                         _____
                                                HON. William Aslup

**HYDE & SWIGART**
San Diego, California