UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Juliet Kniley,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Citibank, N.A. and The Moore Law Group,<br>A Professional Corporation; and Hunt &<br>Henriques,<br><br><br>                    Defendants. | Case No. 3:14-cv-05294-WHA<br><br>**[Proposed]**<br><br>**ORDER GRANTING DISMISSAL OF<br>ACTION WITH PREJUDICE<br>AGAINST DEFENDANT, THE<br>MOORE LAW GROUP, APC**<br><br>Judge: Hon. William Alsup |

///

///

Based on the Stipulation for Dismissal of Action with Prejudice filed by Plaintiff, Juliet Kniley ("Plaintiff") and Defendant, The Moore Law Group, APC ("The Moore Law Group"),

IT IS HEREBY ORDERED:

The entire action, including Plaintiff's First Amended Complaint filed December 31, 2014, is hereby dismissed with prejudice as to The Moore Law Group.

Dated:  April 21, 2015.

_____

Hon. William Alsup