IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIET KNILEY,

    Plaintiff,

v.

CITIBANK, N.A., THE MOORE LAW GROUP, A Professional Corporation, and HUNT & HENRIQUES,

    Defendants.

No. C 14-05294 WHA

**ORDER DISMISSING HUNT & HENRIQUES**

The order granting defendant Citibank, N.A.'s motion to dismiss (Dkt. No. 44) ordered the parties to show cause as to why defendant Hunt & Henriques should not also be dismissed, given that the analysis of the claims against it was identical to the analysis of the claims against Citibank. In response, plaintiff Juliet Kniley stated that she does not oppose dismissing Hunt & Henriques from the case. Defendant Hunt & Henriques is hereby **DISMISSED** from the case. Given that all defendants have now been dismissed, the **CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE